# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 28, 2018

## NO. 03-17-00093-CV

**Transformative Learning System d/b/a
Transformative Charter Academy, Appellant**

**v.**

**Texas Education Agency and Michael Williams in his Official Capacity
as the Commissioner of Education, Appellees**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND TOTH
### AFFIRMED—OPINION BY JUSTICE TOTH

This is an appeal from the order signed by the district court on January 24, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.